UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK ROWELL, | Case No.: C 10-05656 PSG |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| AVIZA TECHNOLOGY HEALTH AND WELFARE PLAN, et al., | |
| Defendants. | |

On March 29, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the case is referred mediation. The deadline to complete mediation is June 23, 2011. The parties shall promptly contact the court's ADR

department to make the appropriate arrangements.

  IT IS FURTHER ORDERED that the following schedule shall apply to this case:

  Fact Discovery Cutoff[1]. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 20, 2011

  Cross Opening Briefs on Rule 52 Motion. . . . . . . . . . . . . . . . . . . . . . . . . . . October 11, 2011

  Cross Opposition Briefs on Rule 52 Motion. . . . . . . . . . . . . . . . . . . . . . . . . October 25, 2011

  Cross Reply Briefs on Rule 52 Motion. . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 1, 2011

  Hearing on Rule 52 Motion/Trial . . . . . . . . . . . . . . . . 9:30 a.m. on November 28, 2011

  IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: April 5, 2011

                _____
                PAUL S. GREWAL
                United States Magistrate Judge

---

[1] This cutoff is without prejudice to either party bringing a challenge to any discovery served.

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."