1   Steven M. Chabre, SBN 173271
    The Law Office of Steven M. Chabre
2   1335 Park Avenue
    Alameda, CA 94501
3   (510) 749-1440
    (510) 749-0466 (fax)
4
    Attorney for Plaintiff
5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  MARK ROWELL,                          )  Case No.:  C 10-5656 PSG
                                          )
12          Plaintiff,                    )  **DECLRATION OF STEVEN CHABRE IN**
                                          )  **SUPPORT OF PLAINTIFF'S MOTION**
13      vs.                               )  **TO COMPEL DISCOVERY**
                                          )
14  AVIZA TECHNOLOGY HEALTH AND           )     Hearing Date: September 27, 2011
    WELFARE PLAN and HARTFORD LIFE        )     Hearing Time: 10:00 AM
15  AND ACCIDENT INSURANCE                )     Hearing Place: San Jose
    COMPANY,                              )
16                                        )     Hon. Paul S. Grewal, Magistrate Judge
                                          )
17          Defendants.                   )
                                          )
18                                        )
                                          )
19  _____       )

20

21          I, Steven M. Chabre, declare as follows:

            1.      I am the attorney of record in this matter for plaintiff.  By reason of my
22
    representation of plaintiff, I am familiar with the following facts:
23
            2.      On August 1, 2011 I met and conferred with Michael Bernacchi, defendants'
24
    attorney, regarding the discovery disputes that are the subject of plaintiff's motion to compel.
25
    The attached exhibit marked Exhibit A is a true and exact copy of the e-mails that document our
26
    discussions regarding the discovery dispute to date.
27

28

    **DECLARATION OF STEVEN M. CHABRE IN SUPPORT**
    **OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY (C 10-5656 PSG)**                    1

1    3.      The attached exhibit marked Exhibit B is a true and exact copy of the discovery

2    requests plaintiff served on defendant Hartford Life and Accident Insurance Company on May

3    17, 2011 along with Hartford's responses dated July 15, 2011.

4    4.      The attached exhibit marked Exhibit C is a true and exact copy of the declaration

5    of Scott Kale, M.D. filed in Case No. 10-cv-04019-WHA (N.D.Cal. 2/17/11), Docket No. 34-1.

6    5.      The attached exhibit marked Exhibit D is a true and exact copy of the reports of

7    Anne MacGuire, M.D. of BMI in the file that Hartford produced with its initial disclosures.

8    6.      The attached exhibit marked Exhibit E is a true and exact copy of a report of

9    Michael Powell, D.O. dated October 11, 2010 regarding plaintiff.

10   7.      The attached exhibit marked Exhibit F is a true and exact copy of a page from the

11   claim notes regarding plaintiff's insurance claims that Hartford produced with its initial

12   disclosures.

13   I declare that the above is true, under penalty of perjury under the laws of the United

14   States.  Signed this 11th day of December, 2011 in Alameda, California.

15

16

17                                            _____/s/_____

18                                            Steven M. Chabre
                                              Attorney for Plaintiff

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF STEVEN M. CHABRE IN SUPPORT**
**OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY (C 10-5656 PSG)**                    2