Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
　mbernacchi@bwslaw.com
Kristin P. Kyle de Bautista (SBN 221750)
　kkyledebautista@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600
Fax:  213.236.2700

Attorneys for Defendants
Hartford Life and Accident Insurance Company and Aviza Technology Health and Welfare Plan

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ROWELL, <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>AVIZA TECHNOLOGY HEALTH AND WELFARE PLAN and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br>　　　　Defendants. | Case No.:  C 10-5656 PSG <br><br>**STIPULATION AND ORDER CONTINUING RULE 52 BRIEFS AND HEARING** <br><br><br>Judge:  Hon. Paul S. Grewal |

**STIPULATION**

Plaintiff, Mark Rowell, and defendants, Aviza Technology Health and Welfare Plan and Hartford Life and Accident Insurance Company stipulate to the following:

1. WHEREAS, prior to the mediation in this case, the parties agreed that defendants could wait until after the mediation to respond to written discovery requests in an effort to minimize the costs of litigation, should the case have settled at the mediation. The parties attended a mediation session on June 16, 2011, but the case did not settle.

2. WHEREAS, Defendants responded to the discovery requests on July 15, 2011. However, the parties had a dispute regarding the written discovery responses and thus a meet and confer regarding the dispute was held on August 1, 2011. After meeting and conferring, it became clear that defendants' attorney was not available for a hearing on the discovery dispute on September 13 or September 20, 2011, and the hearing would have to be held on September 27. Plaintiff filed his motion to compel on August 11, 2011.

3. WHEREAS, the parties are currently scheduled to file their opening briefs on cross Rule 52 motions on October 11, 2011. The parties believe they will need additional time between September 27 and October 11, 2011 to respond to the Court's order regarding discovery before filing opening briefs on the Rule 52 motions. In addition, Counsel for Hartford would also like an additional week to respond to the discovery motion brought by Plaintiff as he will be out of town taking depositions next week. The additional week will make Hartford's Opposition papers due on September 1, 2011 and will not impact the September 27, 2011 motion hearing date in anyway.

WHEREFORE, the parties stipulate and respectfully request an order from the Court continuing the Rule 52 Motion briefing schedule and hearing by two weeks, so that the following schedule will apply:

| | |
|---|---|
| Cross Opening Briefs on Rule 52 Motion | October 25, 2011. |
| Cross Opposition Briefs on Rule 52 Motion | November 8, 2011. |
| Cross Reply Briefs on Rule 52 Motion | November 15, 2011. |
| Hearing on Rule 52 Motion/Trial | December 12, 2011 at 10:00 a.m |

In addition, Hartford shall have one extra week to file it Opposition papers to Plaintiff's motion to Compel. The Opposition Papers will now be due on September 1, 2011. The Reply will be due September 8.

**IT IS SO STIPULATED.**

Date: August 17, 2011           BURKE, WILLIAMS, SORENSEN LLP

                    By:    /s/
                           Michael Bernacchi
                           Attorneys for Defendants
                           AVIZA TECHNOLOGY HEALTH AND WELFARE
                           PLAN and HARTFORD LIFE AND ACCIDENT
                           INSURANCE COMPANY

Date: August 17, 2011           THE LAW OFFICE OF STEVEN M. CHABRE

                    By:    /s/
                           Steven M. Chabre
                           Attorneys for Plaintiff
                           MARK ROWELL

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Rule 52 Motion briefing and hearing dates are continued, so that the following schedule will apply:

| | |
|---|---|
| Cross Opening Briefs on Rule 52 Motion | October 25, 2011. |
| Cross Opposition Briefs on Rule 52 Motion | November 8, 2011. |
| Cross Reply Briefs on Rule 52 Motion | November 15, 2011. |
| Hearing on Rule 52 Motion/Trial | December 12, 2011 at 10:00 a.m. |
| Hartford's Opposition to Discovery Motion | September 1, 2011. |
| Plaintiff's Reply to Discovery Motion | September 8, 2011 |

Date: ___ August 19 __, 2011.

_/s/ Paul S. Grewal_
PAUL S. GREWAL
United States Magistrate Judge