1  Steven M. Chabre, SBN 173271
   The Law Office of Steven M. Chabre
2  1335 Park Avenue
   Alameda, CA 94501
3  (510) 749-1440
   (510) 749-0466 (fax)
4
   Attorney for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 MARK ROWELL,                        )  Case No.: C 10-5656 PSG
                                       )
12         Plaintiff,                  )  [PROPOSED] ORDER SEALING
                                       )  HARTFORD CLAIM MANUAL
13      vs.                            )
                                       )
14 AVIZA TECHNOLOGY HEALTH AND         )
   WELFARE PLAN and HARTFORD LIFE      )
15 AND ACCIDENT INSURANCE              )
   COMPANY,                            )
16                                     )
                                       )
17         Defendants.                 )
                                       )
18                                     )
                                       )
19 _____)

20
                                    **ORDER**
21
        Good cause having been shown, and based on the stipulation of the parties, it is hereby
22
   ordered that plaintiff's Administrative Motion to Seal Hartford Claim Manual is GRANTED.
23
   Any parts of the Manual and references to it are to be filed under seal.
24
   **IT IS SO ORDERED.**
25

26

27
   DATED: 10/20/2011                          _____
28                                            HONORABLE PAUL S. GREWAL
                                              UNITED STATES MAGISTRATE JUDGE


[PROPOSED] ORDER SEALING HARTFORD CLAIM MANUAL (C 10-5656 PSG)          1