Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ROWELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AVIZA TECHNOLOGY HEALTH AND WELFARE PLAN and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No.: C 10-5656 PSG<br><br>[PROPOSED] ORDER SEALING HARTFORD CLAIM MANUAL |

**ORDER**

Good cause having been shown, and based on the stipulation of the parties, it is hereby ordered that plaintiff's Administrative Motion to Seal Hartford Claim Manual is GRANTED. Any parts of the Manual and references to it are to be filed under seal.

**IT IS SO ORDERED.**

DATED: 10/20/2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE