Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)
chabre66@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ROWELL, | Case No.: C 10-5656 PSG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING RULE 52 BRIEFS** |
| vs. | |
| AVIZA TECHNOLOGY HEALTH AND WELFARE PLAN and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | Judge: Hon. Paul S. Grewal |
| Defendants. | |

**STIPULATION**

Plaintiff, Mark Rowell, and defendants, Aviza Technology Health and Welfare Plan and Hartford Life and Accident Insurance Company stipulate to the following:

WHEREAS, the Court heard a motion to compel discovery responses on October 18, 2011;

WHEREAS, the parties are scheduled to file opening briefs on cross-motions for judgment under Fed. R. Civ. P. 52 this coming Tuesday, October 25, 2011;

WHEREAS, the parties believe they will need additional time to respond to the Court's order regarding discovery before filing opening briefs on the Rule 52 motions;

WHEREAS, the parties do not believe cross reply briefs will be necessary;

WHEREAS, plaintiff's attorney will be out of the country from December 19, 2011 to December 31, 2011.

WHEREFORE, the parties stipulate and respectfully request an order from the Court continuing the Rule 52 Motion briefing schedule so that the following schedule will apply:

| | |
|---|---|
| Cross Opening Briefs on Rule 52 Motion | November 7, 2011. |
| Cross Opposition Briefs on Rule 52 Motion | November 21, 2011. |
| Cross Reply Briefs on Rule 52 Motion | None. |
| Hearing on Rule 52 Motion/Trial | December 12, 2011 at 9:30 a.m. |

**IT IS SO STIPULATED.**

Date: <u>October 20, 2011</u>            BURKE, WILLIAMS, SORENSEN LLP

By:     /s/
        Michael Bernacchi
        Attorneys for Defendants
        AVIZA TECHNOLOGY HEALTH AND WELFARE
        PLAN and HARTFORD LIFE AND ACCIDENT
        INSURANCE COMPANY

Date: <u>October 20, 2011</u>            THE LAW OFFICE OF STEVEN M. CHABRE

By:     /s/
        Steven M. Chabre
        Attorney for Plaintiff
        MARK ROWELL

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Rule 52 Motion briefing dates are continued, so that the following schedule will apply:

| | |
|---|---|
| Cross Opening Briefs on Rule 52 Motion | November 7, 2011. |
| Cross Opposition Briefs on Rule 52 Motion | November 21, 2011. |
| Cross Reply Briefs on Rule 52 Motion | None. |
| Hearing on Rule 52 Motion/Trial | December 12, 2011 at 9:30 a.m. |

Date:  October 21    , 2011.

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge