| | |
|---|---|
| BURKE, WILLIAMS & SORENSEN, LLP<br>Michael B. Bernacchi (SBN 163657)<br>   mbernacchi@bwslaw.com<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA  90071-2953<br>Tel:  213.236.0600<br>Fax: 213.236.2700<br><br>Attorneys for Defendants<br>Hartford Life and Accident Insurance Company<br>and Aviza Technology Health and Welfare Plan | **IT IS SO ORDERED AS MODIFIED.**<br>/s/ Paul S. Grewal<br>Judge Paul S. Grewal |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARK ROWELL,<br><br>                    Plaintiff,<br><br>v.<br><br>AVIZA TECHNOLOGY HEALTH AND WELFARE PLAN and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>                    Defendants. | Case No.  5:10-CV-05656-PSG<br><br>**STIPULATION TO CONTINUE RULE 52 MOTION BRIEFING AND HEARING; [~~PROPOSED~~] ORDER**<br><br>Hon. Paul S. Grewal |

   Plaintiff, Mark Rowell, and Defendants, Aviza Technology Health and Welfare Plan and Hartford Life and Accident Insurance Company ("Hartford"), by and through their respective attorneys of record, stipulate to the following:

   WHEREAS, the Court heard a motion to compel discovery responses on October 18, 2011;

   WHEREAS, the Court issued its ruling on the discovery motion on October 31, 2011.  In that discovery order, the Court ruled that Hartford is to produce certain information by November 18, 2011;

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4843-0760-8845 v1                      - 1 -                STIPULATION TO CONTINUE RULE 52
                                                                MOTION BRIEFING AND HEARING;
                                                                [~~PROPOSED~~] ORDER

1  WHEREAS, Hartford's home office has apparently been closed this week
2  due to weather conditions and outside counsel has not been able to have a
3  meaningful discussion about the discovery order with his client, including as to
4  whether it can even comply with the Court's order by November 18, 2011;

5  WHEREAS, the parties currently have opening briefs due on November 7,
6  2011, opposition briefs due on November 21, 2011, and a hearing on the
7  administrative record on December 12, 2011;

8  WHEREAS, the parties believe they will need additional time to respond to
9  the Court's order regarding discovery before filing their briefs in this matter and
10 that Plaintiff's counsel will be out of the country from December 19, 2011 through
11 December 31, 2011;

12 WHEREFORE, the parties hereby stipulate and respectfully request an order
13 from the Court continuing the Rule 52 Motion briefing schedule and hearing as
14 follows:

15 Cross Opening Briefs on Rule 52 Motion:     January 10, 2012
16 Cross Opposition Briefs on Rule 52 Motion: January 24, 2012
17 Hearing on Rule 52 Motion:                           February 7, 2012 at 9:30 a.m.
18 IT IS SO STIPULATED.

20 Dated:  November 3, 2011                    The Law Office of Steven M. Chabre

                                              By: */s/ Steven M. Chabre*
                                                   Steven M. Chabre
                                                   chabre66@yahoo.com
                                              Attorneys for Plaintiff Mark Rowell

25 ///
26 ///
27 ///
28 ///

1  Dated: November 3, 2011                           Burke, Williams & Sorensen, LLP

2
3                                                    By: */s/ Michael B. Bernacchi*
                                                        Michael B. Bernacchi
4                                                       mbernacchi@bwslaw.com
                                                        Attorneys for Defendants
5                                                       Hartford Life and Accident Insurance
                                                        Company and Aviza Technology Health
6                                                       and Welfare Plan

7

8                                           **O R D E R**

9

10       Upon consideration of the parties' stipulation, IT IS HEREBY ORDERED

11  that the Rule 52 Motion briefing schedule and hearing dates are continued as

12  follows:

13       Cross Opening Briefs on Rule 52 Motion:    January 10, 2012

14       Cross Opposition Briefs on Rule 52 Motion: January 24, 2012

15       Hearing on Rule 52 Motion:                 February 35, 2012 at 9:20 a.m.

16       IT IS SO ORDERED.

17

18  Dated: 33I9I4233

19                                                   Hon. Paul S. Grewal
                                                     United States Magistrate Judge
20

21

22

23

24

25

26

27

28

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4843-0760-8845 v1                      - 3 -             STIPULATION TO CONTINUE RULE 52
                                                             MOTION BRIEFING AND HEARING;
                                                             [~~PROPOSED~~] ORDER