UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK ROWELL, | Case No.: C 10-5656 PSG |
| Plaintiff, | **ORDER CONTINUING RULE 52 HEARING** |
| v. | |
| AVIZA TECHNOLOGY HEALTH AND WELFARE PLAN and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

Before the court is Defendants' motion for reconsideration of the court's October 31, 2011 discovery order. In light of the issues raised by Plaintiff's response to the motion and Defendants' objections and reply briefing, the court finds it necessary to resolve the motion for reconsideration before it considers the briefing that has been submitted in the parties' cross-motions for judgment pursuant to Fed. R. Civ. P. 52. Accordingly, the Rule 52 hearing, presently set for February 13, 2012, will be continued to Monday at 10:00 a.m. on March 5, 2012. If necessary, the parties may supplement their opening Rule 52 briefs following issuance of the court's order on the pending

motion for reconsideration. Any supplemental material shall be filed by February 6, 2012. Cross-opposition briefs on the Rule 52 motion shall be filed by February 20, 2012.

IT IS SO ORDERED.

Dated: 1/20/2011

                                          PAUL S. GREWAL
                                          United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

Case No.: 10-5656 PSG
ORDER